No. 09–1132. ESCOBAR OCHOA v. HOLDER, ATTORNEY GEN-
ERAL. C. A. 9th Cir. Certiorari denied.

No. 09–1142. FIA CARD SERVICES, N. A. v. GORMAN. C. A.
9th Cir. Certiorari denied.

No. 09–1143. WILSON v. JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari
denied.

No. 09–1177. MCCLOUD v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 09–1178. SMITH v. FLORIDA. Dist. Ct. App. Fla., 1st Dist.
Certiorari denied.

No. 09–1184. STRATECHUK, INDIVIDUALLY AND ON BEHALF OF
HIS MINOR CHILDREN v. BOARD OF EDUCATION, SOUTH ORANGE-
MAPLEWOOD SCHOOL DISTRICT, ET AL. C. A. 3d Cir. Certiorari
denied.

No. 09–1192. WILNER ET AL. v. NATIONAL SECURITY AGENCY
ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1195. HARMAN ET AL. v. POLLOCK ET AL. C. A. 10th
Cir. Certiorari denied.

No. 09–1209. TSIMMER v. QUARANTILLO, NEW YORK DISTRICT
DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMI-
GRATION SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1211. JEREZ-SANCHEZ v. HOLDER, ATTORNEY GEN-
ERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1214. SOBITAN v. GLUD ET AL. C. A. 7th Cir. Certio-
rari denied.

No. 09–1218. ALLEN ET AL. v. MCWANE, INC. C. A. 5th Cir.
Certiorari denied.

No. 09–1235. CHERICHEL v. HOLDER, ATTORNEY GENERAL.
C. A. 8th Cir. Certiorari denied.